UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CAROLE SCHUTTE,

    Plaintiff,                                                           Case No. 3:23-cv-192

vs.

PREMIER HEALTH PARTNERS,             District Judge Michael J. Newman

    Defendant.
_____

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO MANUALLY FILE AUDIO RECORDINGS (Doc. No. 25)**
_____

    This case is before the Court on Defendant's motion for leave to manually an audio file. Doc. No. 25.  For good cause shown, Defendant's motion is **GRANTED**.  Defendant is hereby authorized to manually file Exhibit 6 to Plaintiff's deposition (Doc No. 21) by delivering to the Clerk's office Exhibit 6 via a flash drive for docketing in this case.

    **IT IS SO ORDERED.**

<u>March 6, 2025</u>                                                   s/*Michael J. Newman*
                                                                                   Hon. Michael J. Newman
                                                                                   United States District Judge