UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CAROLE SCHUTTE,

    Plaintiff,                                  Case No. 3:23-cv-192

vs.

PREMIER HEALTH PARTNERS,        District Judge Michael J. Newman

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

December 3, 2025                                    s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge